**Name:** Zacharia Gaudio

**Address:** 2504 Oak Grove Dr.
Plano, TX 75074

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
AUG 24 2023
MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Zacharia Gaudio, Plaintiff
(Full Name)

v.

Valencia County Sheriffs Office, Defendant(s)

CASE NO. _____
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. §1983

## A. JURISDICTION

1) Zacharia Gaudio (Plaintiff), is a citizen of Texas (State) who presently resides at 2504 Oak Grove Dr. Plano, TX 75074 (Mailing address or place of confinement).

2) Defendant Valencia County Sheriffs Office (Name of first defendant) is a citizen of Los Lunas, New Mexico (City, State), and is employed as County Police (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes ☑  No ☐  If your answer is "Yes", briefly explain:

Valencia County Sheriffs office is commissioned by the State of New Mexico to provide police services to the entirety of Valencia County.

XE-2   2/78   CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

3) Defendant _____ is a citizen of
                    (Name of second defendant)
   _____ , and is employed as
                    (City, State)
   _____ . At the time the claim(s)
                ( Position and title, if any)
   alleged in this complaint arose, was this defendant acting under color of state.
   Yes ☐    No ☐    If your answer is "Yes", briefly explain:

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.) 13 U.S.C §212, 18 USC 242, 10 USC 897 49 CFR 801.56

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

The Valencia County Sheriffs office was contacted several times when parental kidnapping occured and they remained derelict in their duties. When I called the sheriffs office to perform a well check on my kids they advised Cherie Roberts to obtain a restraining order depriving me of my rights to make sure my children were safe. The Sheriffs office obtained my daughters cell phone and started reading through my messages with my daughter violating our rights to privacy and has attempted to interfere in my custody case and they now have filed charges against me for following rules of civil procedure.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1) Count I: Derelict of Duties - failure to Act when crimes were reported.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

When I called the Sherriffs office to report parental kidnapping, the Sheriffs office failed to act. When I stated to the Sheriffs office that I needed a well check performed, the officer told my kids mother to file a restraining order against me and threatened to arrest me.

B)(1) Count II: Invasion of Privacy

(2) Supporting Facts: My daughter, Kassandra Gaudio was sending me text messages detailing the abuse that her brothers and herself are experiencing. At the point that her mother, Cherie Roberts found out, Cherie Roberts took my daughters phone to the Sheriffs office and deputies decided to go through my conversation without a warrant or court order,

XE-2 2/78                              -3-

C)(1) Count III: false Arrest Attempt.

(2) Supporting Facts: Officer Noah Obell Badge # 6078, filed false charges of violation of a restraining order when I served Cherie Roberts with documents I filed on the custody case. I did not hand the documents to her in person, I remained compliant with the rules of civil procedure and remained in compliance with the restraining order. When I spoke to the district court clerk, the clerk assured me that I did not violate the order.

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
   Yes ☐   No ☒   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit.
      Plaintiffs: _____
      Defendants: _____

   b) Name of court and docket number:

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   d) Issues raised: _____

e)  Approximate date of filing lawsuit: _____

f)  Approximate date of disposition: _____

2)  I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C. Yes [✓] No [ ] If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought. I reached out to the Valencia County sheriffs office to give them the chance to correct the mistakes made and Chief Jiron accused me of "trying to bully" the sheriffs office. Because of all of my attempts to try and remedy everything done, civil action against the sheriffs office is my only option for the damages caused by this agency.

E.  REQUEST FOR RELIEF

1)  I believe that I am entitled to the following relief: 14 million plus any and all costs incurred, for travel, litigation costs, pain and suffering.

_pro se_____          _Machaaria Wade_____
Signature of Attorney (if any)                Signature of Petitioner

Attorney's full address and telephone number.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at 2504 Oak grove dr.  Plano, TX 75074 (Location) on 8-19 (Date) 20 23

_____
(Signature)

Zacharia Gaudio
2504 Oak Grove Dr.
Plano, TX 75074

NORTH TEXAS TX 750
21 AUG 2023 PM 1 L

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
AUG 24 2023
MITCHELL R. ELFERS
CLERK

87102-227470

U.S District court
333 Lomas Blvd. # 270
Albuquerque, NM 87102


FOREVER